NUMBER 13-00-724-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________

KURT ALAN KANGAS , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 36th District Court 

of San Patricio County, Texas.

___________________________________________________________________


O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


Appellant, KURT ALAN KANGAS , perfected an appeal from a judgment entered by the 36th District Court of San
Patricio County, Texas, in cause number S-95-3071CR . Appellant has filed a motion to withdraw the notice of appeal. 
The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motion to withdraw the notice of appeal, is of the
opinion that appellant's motion to dismiss the appeal should be granted. Appellant's motion to withdraw the notice of
appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 3rd day of May, 2001.